1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MAURICE MILES, SR.,                        No.  2:14-cv-2196-TLN-EFB P

12                  Petitioner,

13        v.                                     ORDER

14   M.D. BITER,

15                  Respondent.

16

17        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to

18   28 U.S.C. § 2254.  He claims that his confinement to Kern Valley State Prison is "unlawful."

19   ECF No. 1.  Kern County is part of the Fresno Division of the United States District Court for the

20   Eastern District of California, which is where petitioner should have commenced this action.  *See*

21   E.D. Cal. Local Rule 120(d).  When a civil action has not been commenced in the proper division

22   of a court, the court may transfer the action to the proper division. *See* E.D. Cal. Local Rule

23   120(f).

24        Accordingly, it is hereby ordered that:

25        1.  This action is transferred to the district court in Fresno.

26        2.  The Clerk of Court shall assign a new case number.

27   /////

28   /////

1

3.  All future filings shall bear the new case number and shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

Dated:  October 14, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE