UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE C. MILES, SR., | No. 1:14-cv-01606-SKO (HC) |
| Petitioner, | **ORDER DENYING MOTION TO AMEND (Doc. 16)** |
| v. | |
| M. D. BITER, Warden, | |
| Respondent. | |

On December 10, 2014, this case was dismissed for failure to state a claim cognizable in a federal habeas action. (Doc. 10.) Two years later on April 25, 2016, Petitioner filed a motion for reconsideration, which this Court denied on April 28, 2016. (Docs. 12, 13.) On August 2, 2019, over three years after the Court denied his motion for reconsideration, Petitioner filed the instant motion to amend. (Doc. 16.) Since this case was closed on December 10, 2014, the Court is without jurisdiction to entertain Petitioner's claims.

To seek relief, Petitioner must file a new case. To the extent he wishes to challenge conditions of confinement, he must file a civil rights action under 42 U.S.C. § 1983. If he wishes to challenge his underlying state conviction, he must file a habeas petition pursuant to 28 U.S.C. § 2254.

///

1

**ORDER**

Based on the foregoing, IT IS HEREBY ORDERED that Petitioner's motion to amend is DENIED.

IT IS SO ORDERED.

Dated:  **August 13, 2019**                         /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE